## FELLOWS *versus* FELLOWS.

Though a wife have deserted her husband without cause, for a few months, yet if she go back and confess to him the wrong and promise a return to duty, and request admission again into his family, and he then refuse to receive her, and for five years neglect to make any provision for her support, such refusal and neglect constitute a desertion, on his part, for which she may maintain a libel for divorce.

LIBEL for divorce for cause of desertion. Defendant was defaulted. The parties were married in 1829. There was some difficulty in the family between the mother-in-law and the daughter-in-law. In the spring of 1836, during the respondent's absence from home, and without his consent, the libelant left his house and resided among her relatives till the fall of 1836. She then went with her brother to the town where the respondent resided, admitted to him her fault in going away, promised a faithful return to her duties, and requested him to receive her to his house. This he refused to do, and said, " if obliged to take care of her, he should board her at some place she would not like so well." She thereupon returned to her relatives, and has ever since resided with

them ; the defendant not having made any provision for her support, or given her any permission to return to his house.

*S. E. Smith,* 2d, for libelant.

SHEPLEY, C. J. — We deem this a case of desertion within the meaning of the statute.    *Divorce decreed.*